Decided September 12, 2005

## STATE OF CONNECTICUT *v.* JOHN RESTBERGS

The defendant's petition for certification for appeal from the Appellate Court, 89 Conn. App. 353 (AC 25403), is denied.

*Craig A. Barton*, special public defender, in support of the petition.

*Sarah Hanna,* special deputy assistant state's attorney, in opposition.

Decided September 12, 2005